UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MUNEERAH CRAWFORD,

                    Plaintiff,

-against-

ARNE DUNCAN in his official capacity as
United States Secretary of Education, the
United States Department of Education and
The United States of America, Citibank Student
Loan Corporation, California Student Aid
Commission,

                   Defendants.
-----------------------------------------------------------X

NOT FOR PUBLICATION

**MEMORANDUM
AND ORDER**
11-CV-3774 (ENV) (RER)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 0 8 2011
BROOKLYN OFFICE

VITALIANO, United States District Judge:

*Pro se* plaintiff Muneerah Crawford commenced this action on August 3, 2011, alleging that she has been determined to have defaulted on a student loan and breached the student loan agreement. Plaintiff seeks, *inter alia*, to vacate the default and to return the student loan to repayment status. Plaintiff also seeks – by order to show cause – "an order enjoining the United States Department from any collection action on my defaulted student loan" . . . "because any collection actions will harm me due to my current financial hardship."

The Higher Education Act, 20 U.S.C. § 1082(a)(2), provides that "no attachment, injunction, garnishment, or other similar process, mesne or final, shall be issued against the Secretary or property under the Secretary's control ...." *Id.* Thus, the Court lacks jurisdiction over plaintiff's claims for injunctive relief. Jones v. U.S. Dep't of Educ., No. 08-CV-4404, 2010 WL 2710624, at *3 (E.D.N.Y. July 6, 2010); Lepelletier v. U.S. Dep't of Educ., No. 09-1119, 20009 WL 3416265 (D.D.C. Oct. 22, 2009); Kitchen v. U.S. Dep't of Educ., No. 97 Civ. 9391, 1998 WL 167325 (S.D.N.Y. Apr. 9, 1998);



Calise Beauty School, Inc. v. Riley, 941 F.Supp. 425, 428 (S.D.N.Y. 1996).

Accordingly, plaintiff's proposed order to show cause seeking immediate injunctive relief is declined.

SO ORDERED.

/s/ Eric N. Vitaliano
ERIC N. VITALIANO
United States District Judge

Dated: Brooklyn, New York
      August 5, 2011